**CUSTODIO & DUBEY, LLP**
Robert Abiri (SBN 238681)
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899
E-mail: abiri@cd-lawyers.com

Attorneys for Plaintiff MICHAEL MERABI

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596
E-mail: awand@wandlawfirm.com

**GREENBERG TRAURIG, LLP**
Rick L. Shackelford (SBN 151262)
Adil M. Khan (SBN 254039)
Shamar Toms-Anthony (SBN 323246)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
E-mail: shackelfordr@gtlaw.com
          khanad@gtlaw.com
          tomsanthonys@gtlaw.com

Attorneys for Defendant
HARD EIGHT NUTRITION LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

MICHAEL MERABI, on behalf of himself and all others similarly situated,

        Plaintiff,

    v.

HARD EIGHT NUTRITION LLC, a limited liability company; and DOES 1 through 10, inclusive,

        Defendants.

Case No.: 2:21-cv-06753-MWF (KESx)

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

*ACTIVE 653615683*

Plaintiff Michael Merabi ("Named Plaintiff") and Defendant Hard Eight Nutrition LLC ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate that the action entitled *Merabi v. Hard Eight Nutrition LLC*, Case No. 2:21-cv-06753-MWF (KESx), be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, with all Parties to bear their own fees, costs and expenses. This Stipulation of Dismissal shall in no way impact the claims of any putative class members other than Plaintiff.

DATED: ------------- July 8, 2022      **CUSTODIO & DUBEY, LLP**

/s/ Robert Abiri
Robert Abiri

**THE WAND LAW FIRM, P.C.**
Aubry Wand

Attorneys for Plaintiff
MICHAEL MERABI

DATED: ------------- July 8, 2022      **GREENBERG TRAURIG LLP**

/s/ Rick L. Shackelford
Rick L. Shackelford
Adil M. Khan
Shamar Toms-Anthony

Attorneys for Defendant
HARD EIGHT NUTRITION LLC

1
STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

*ACTIVE 653615683*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION OF E-FILED SIGNATURE**

I, Robert Abiri, am the ECF User whose ID and password are being used to file the foregoing document. In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: -------------    July 8, 2022

By: /s/ Robert Abiri

    Robert Abiri

2

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

*ACTIVE 653615683*